FOURTEENTH COURT OF APPEALS IN HOUSTON, TEXAS

COA NUMBER: 14-15-00437-CV
TRIAL COURT #:76312-I

RICHARD A. DUNSMORE - APPELLANT

vs.

M.(MADELINE)ORTIZ,Et Al - APPELLEE

==================================================

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

OCT 19 2015

CHRISTOPHER A. PRINE
CLERK

MAILED

PER: TEXAS CIVIL PRACTICE AND REMEDIES CODE § 14.004
Affidavit Relating to Previous Filings
--------------------------------------------------

TO:CLERK OF and JUSTICES OF the FOURTEENTH COURT OF APPEALS

1)AT THE TIME OF FILING CASUSE #:76312-I,I had Not Filed Any Other Lawsuit. (2)77164-I was about the allegation of Systematic FRAUD by the TDCJ-CID and WSD to submit Inflated Claims through the TDCJ FEDERAL FUNDS COMMITTEE and to Self Justify Pork Barrell Programs. The Other Lawsuit was(B)Richard A. Dunsmore,Cause # 77164-I,vs.Brad Livingston,et al,-in the 412th Judicial District Court of Brazoria County,Texas(C)Defendants were Brad Livingston , William Stevens and Rissie Owens (D)The case was DISMISSED on Chapter 14 Grounds just like this one//THIS APPEAL was FILED at the EXACT TIME as the 14-15-00444-CV APPEAL.

NOTE:It should be notated,,and Documentation has been provided to YOU,that the PARTY-RICHARD A.DUNSMORE>APPELLANT suffers from Multiple Disabilities-Both Mental and Medical,and BEFORE this Court does ANYTHING,It should assume a PATRIAE PARENTIS ROLE and Appoint an Attorney Ad Litem in ALL of the Dunsmore APPEALS as there is some Really Crazy Things gooing on involving the JUDGES-(We are on the 3rd One SOFAR) of the 412th Judicial District Court.

FOR MORE INFORMATION,Go To: www. theinnocent3.com

UNSWORN DECLARATION:
========================

I,Richard A.Dunsmore,Pro Se-TDCJ #:1826868,Incarcerated in Brazoria County,State of Texas,-Declare Under Penalty of Perjury that the Information above is True and Correct,To the Best of My Knowledge and Belief
EXECUTED 10/2/2015
BY: Richard A.Dunsmore,Pro Se

A COPY OF INMATE TRUST FUND STATEMENT IS ATTACHED,TO COMPLY WITH § 14.004(c)/ § 14.006(f)
HOWEVER,PLEASE NOTE,Even though it SHOWS $50 a Month Deposit Record, A L L of that Money has been SEIZED/LIENED by the Court for District Court -Court Fees.

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        10/06/15
1J9T/YJA9229                IN-FORMA-PAUPERIS DATA               08:55:58
TDCJ#: 01826868 SID#: 06526120 LOCATION: TERRELL       INDIGENT DTE: 09/11/15
NAME: DUNSMORE,RICHARD A              BEGINNING PERIOD: 04/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT.BAL:           0.00 TOT HOLD AMT:          0.00 3MTH TOT DEP:    202.13
6MTH DEP:            454.32 6MTH AVG BAL:          2.30 6MTH AVG DEP:     75.72
```

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|-------|-----------------|----------------|-------|-----------------|----------------|
| 09/15 | 50.00 | 52.13 | 06/15 | 50.00 | 52.92 |
| 08/15 | 50.00 | 50.00 | 05/15 | 50.00 | 98.29 |
| 07/15 | 50.00 | 100.00 | 04/15 | 89.02 | 100.98 |

```
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Brazoria*
ON THIS THE *6th* DAY OF *October 2015*, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____    OR SID NUMBER: _____

**MITZI JEAN WILSON**
Notary Public. State of Texas
My Commission Expires
09/17/2018
Notary Without Bond



RICHARD A.DUNSMORE,PRO SE
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON , TEXAS 77583

LEGAL
MAIL

NORTH HOUSTON TX
07 OCT 2015 PM 4 L

C L E R K -Christopher A.Prine
FOURTEENTH COURT OF APPEALS
301 FANNIN , SUITE 245
HOUSTON , TEXAS          77002

7700220G270